JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# PASADENA DIVISION

| | |
|---|---|
| JARROD GREEN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>　　　　Defendant. | Case No. 2:18-cv-03638-MWF<br><br>*ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii)* |

## **ORDER**

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed in its entirety, each side to bear its/his own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: January 16, 2019

_____
Honorable Michael W. Fitzgerald
United States District Judge